```
 1 | Ronald Wilcox, State Bar No. 176601
   | Attorney at Law
 2 | 2160 The Alameda, Suite F, 1st Floor                *E-FILED 5/15/08*
   | San Jose, California 95126
 3 | Telephone Number: (408) 296-0400
   | Facsimile Number: (408) 296-0486
 4 |
 5 | Attorney for Plaintiff OSCAR LOPEZ
   | Attorney for Plaintiff MICHAEL HAWKINS
 6 |
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| OSCAR LOPEZ, | Case No. 06-07586 RS |
| Plaintiff, | **PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE CMC and [PROPOSED] ORDER** |
| v. | |
| CONTINENTAL CREDIT CONTROL, INC. and JEFF JOHNSON, | |
| Defendants. | Case No. 07-03484 RS |
| MICHAEL HAWKINS, Plaintiff, | |
| v. | |
| CONTINENTAL CREDIT CONTROL, INC., | |
| Defendant. | |

On March 17, 2008 the parties attended Mediation. The matter was subsequently resolved, with Defendant being required to conclude the terms of settlement within 10 days of May 8, 2008. Defendants have indicated it may not conclude the terms of settlement by that date. If Defendants fail to conclude the terms of settlement Plaintiffs will file an appropriate Motion.

1

Thus, Plaintiffs request the Court continue the May 21, 2008 Case Management Conference to June 25, 2008.

/s/Ronald Wilcox
Ronald Wilcox
Attorney for Plaintiffs

[PROPOSED] ORDER

The May 21, 2008 Case Management Conference is hereby continued to

June 25, 2008 @ 2:30 p.m.

**IT IS SO ORDERED.**

Date:

**HON. RICHARD SEEBORG**
**U.S. MAGISTRATE JUDGE**

2